UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

2013 SEP -4 PM 4:3?

__Bobbie Shaw-Hunter__

(Name of plaintiff or plaintiffs)

v.    CIVIL ACTION NO._____

__LeMoyne-Owen College__

(Name of defendant or defendants)

## COMPLAINT UNDER TITLE VII OF THE CIVIL RIGHTS ACT OF 1964

1. This action is brought pursuant to Title VII of the Civil Rights Act of 1964 for employment discrimination. Jurisdiction is specifically conferred on the Court by 42 U.S.C. §2000e-5. Equitable and other relief are also sought under 42 U.S.C. §2000e-5(g).

2. Plaintiff, __Bobbie Shaw-Hunter__
(name of plaintiff)

is a citizen of the United States and resides at __7_____ P.O. Box 1522__
(street address)

__Olive Branch,__   __USA__   __MS__
(city)         (country)       (state)

__38654__          __(901) 573-4374__
(zip code)         (telephone number)

Revised 4-18-08

3. Defendant __Bobbie Shaw-Hunter__
(defendant's name)

lives at, or its business is located at __13700 Jlauren Lane P.O. Box 1522__
(street address)

__Olive Branch, MS__

4. Plaintiff sought employment from the defendant or was employed by the defendant at
__807 Walker Street__
__Memphis__ __USA__ (street address) __TN__ __38126__
(city) (country) (state) (zip code)

5. Defendant discriminated against plaintiff in the manner indicated in paragraph 9 of this complaint on or about __28__ _____ __2011__
(day) (month) (year)

6. Defendant filed charges against the defendant with the Tennessee Fair Employment Commission charging defendant with the acts of discrimination indicated in paragraph 9 of this complaint on or about _____ __September__ __2011__.
(day) (month) (year)

7. Plaintiff filed charges against the defendant with the Equal Employment Opportunity Commission charging defendant with the acts of discrimination indicated in paragraph 9 of this complaint on or about __22__ __September__ __2011__.
(day) (month) (year)

8. The Equal Employment Opportunity Commission issued a Notice of Right to Sue, which was received by plaintiff on __5 June 2013__. (Attach a copy of the notice to this complaint.)
(day) (month) (year)

9. Because of plaintiff's (1) _X_ race, (2) _X_ color, (3) ___ sex, (4) ___ religion, (5) ___ national origin, defendant

    (a) ____ failed to employ plaintiff.

    (b) _X_ terminated plaintiff's employment.

    (c) ____ failed to promote plaintiff.

    (d) __Retaliation for filing previous__
__Racial Discrimination Complaint (Jan 2007).__
__The proposed termination was resinded__
__however, retaliation, and harassment continued__
__until I was terminated.__

Revised 4-18-08

10. The circumstances under which defendant discriminated against plaintiff were as follows: I was hired as an assistant professor August 2005. In December 2006 I was informed by my supervisor that Dr. Barbara Frankle wanted me terminated. My supervisor gave me an outstanding rating and assured me that it was Dr. Frankle, her white supervisor who wanted me terminated.

I filed an discrimination complaint with the President of the college. The attorney for the college sent me a letter recinding that decision. Once that decision was recinded, the environment became hostile, discriminatory and I was subjected to many acts of retaliation until I was terminated. The tenure process became a way to finally terminate me.

11. The acts set forth in paragraph 9 of this complaint

   (a) \_\_\_\_ are still being committed by defendant.

   (b) \_\_\_\_ are no longer being committed by defendant.

   (c) ✓ may still be being committed by defendant.

12. Please attach to this complaint a copy of the charges filed with the Equal Employment Opportunity Commission, which are submitted as a brief statement of the facts supporting this complaint.

WHEREFORE, Plaintiff prays that the Court grant the following relief to the plaintiff:

   (a) \_\_\_\_ Defendant be directed to employ plaintiff, or

   (b) X Defendant be directed to re-employ plaintiff, or

   (c) \_\_\_\_ Defendant be directed to promote plaintiff, or;

   (d) X Defendant be directed to pay restitution of back pay + benefits

and that the Court grant such other relief as may be appropriate, including injunctive orders, damages, costs and attorney's fees.

13. I would like to have my case tried by a jury. Yes (✓) No ( )

[signature]

SIGNATURE OF PLAINTIFF

Revised 4-18-08